# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LYNN CUMMINGS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SANTA BARBARA COUNTY, et.al.,<br><br>　　　　　Respondents. | CV F 05-1553 AWI DLB HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF MARCH 20, 2006, AND DIRECTING COURT TO RE-SERVE COURT'S ORDER OF JANUARY 30, 2006, AT PETITIONER'S NEW ADDRESS OF RECORD<br><br>[Court Docs. 6, 8] |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Petitioner filed the instant petition on December 6, 2005. On January 30, 2006, the Court issued an order informing Petitioner that the instant petition was not cognizable pursuant to section 2241; however, she could re-file the petition pursuant to section 2255, if she desired to do so. (Court Doc. 6.) That order was returned by the United States Postal Service on February 7, 2006, with a notation that Petitioner was "out of custody." (Court Doc. 7.) Therefore, on March 20, 2006, the Court issued Findings and Recommendations recommending that the instant petition be dismissed. (Court Doc. 8.) The Findings and Recommendations were also returned to the Court with a notation that Petitioner was "out of custody." (Court Doc. 9.)

　　　　On April 28, 2006, Petitioner filed a notice of change of address indicating that she is currently in state custody and housed at Chowchilla State Prison.

　　　　Because it appears that Petitioner did not receive the prior orders in this case, and has

1

1  submitted a change of address, the Court will vacate the Findings and Recommendations of
2  March 20, 2006, and direct the Clerk of Court to re-serve the Court's order of January 30, 2006,
3  on Petitioner at her new address of record.  However, Petitioner is advised that pursuant to Local
4  Rule 83-182(f) each party is under a continuing duty to inform the Court of any change of
5  address.  Absent such notice, service of documents at the prior address of record of the party is
6  effective service.  Local Rule 83-182(f).  Further, "[i]f mail directed to a plaintiff in propria
7  persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the
8  Court and opposing parties within sixty (60) days thereafter of a current address, the Court may
9  dismiss the action without prejudice for failure to prosecute."  Local Rule 83-183(b).  The Court
10 will grant Petitioner this one opportunity to file a response to the Court's January 30, 2006, order,
11 if she desires to do so.

    Based on the foregoing, it is HEREBY ORDERED that:

    1.    The Findings and Recommendations of March 20, 2006, is VACATED;

    2.    The Clerk of Court shall re-serve a copy of the Court's order dated January 30, 2006, at Court Document 6 on Petitioner; and

    3.    Petitioner shall file a response to the January 30, 2006, order within thirty days from the date of service of this order, or the action will be dismissed pursuant to that order.

IT IS SO ORDERED.

Dated:   May 9, 2006                    /s/ Dennis L. Beck
3b142a                                  UNITED STATES MAGISTRATE JUDGE