UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LYNN CUMMINGS, ) | 1:05-CV-01553-AWI-DLB-HC |
| ) | |
| Petitioner, ) | ORDER GRANTING EXTENSION |
| ) | OF TIME TO SUBMIT A COMPLETED |
| v. ) | 2255 PETITION |
| ) | (DOCUMENT #11) |
| SANTA BARBARA COUNTY, et al., ) | |
| ) | ORDER FOR CLERK TO SEND FORM |
| Respondents. ) | 2255 PETITION TO PETITIONER |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 10, 2006, petitioner filed a motion to extend time to submit a completed 2255 petition, pursuant to the court's order of January 30, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1.    Petitioner is granted thirty days from the date of service of this order in which to submit a completed 2255 petition, pursuant to the court's order of January 30, 2006; and

    2.    The Clerk is directed to mail to petitioner a form for a 2255 petition.

    IT IS SO ORDERED.

Dated:    June 20, 2006                 /s/ Dennis L. Beck
ah0l4d                                                UNITED STATES MAGISTRATE JUDGE