# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LYNN CUMMINGS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SANTA BARBARA COUNTY, et.al.,<br><br>　　　　　　Respondents.<br>_____/ | CV F 05-1553 AWI DLB HC<br><br>ORDER DIRECTING THE CLERK OF COURT TO RE-SERVE COURT'S ORDER OF JUNE 20, 2006, AT PETITIONER'S NEW ADDRESS OF RECORD<br><br>[Docs. 14, 16] |

　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　On June 30, 2006, the order issued on June 20, 2006, was returned to the Court as "undeliverable" with a notation that Petitioner had paroled. (Court Doc. 15.) On July 27, 2006, Petitioner filed a notice of change of address. (Court Doc. 16.) Then on August 17, 2006, Petitioner filed a second notice of change of address. (Court Doc. 17.)

　　　Accordingly, it is HEREBY ORDERED that in light of Petitioner's notice of change of address, the Clerk of Court is directed to re-serve the Court's order of June 20, 2006, at Petitioner's new address of record, as reflected in Petitioner's filing of August 17, 2006.[1] (Court Doc. 17.)

　　　IT IS SO ORDERED.

　Dated:　August 28, 2006　　　　　　　　　　/s/ Dennis L. Beck
3b142a　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The deadlines for complying with that order are triggered from the date of service of this order.

1