# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LYNN CUMMINGS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SANTA BARBARA COUNTY, et.al.,<br><br>　　　　Respondents.<br>　　　　　　　　　　　　　　　　／ | CV F 05-1553 AWI DLB HC<br><br>ORDER RE-DESIGNATING ACTION AS PETITION FILED PURSUANT TO 28 U.S.C. § 2255 AND RE-ASSIGNING TO JUDGE ISHII |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Petitioner filed the instant petition for writ of habeas corpus on December 6, 2005.  In the petition, Petitioner indicated that she was convicted of making false statements on a passport application in this Court, case number 05-CR-111 AWI.  On March 20, 2006, the undersigned issued an order advising Petitioner that her claims were not cognizable via § 2241, and should she wish to purse her claims she must do so by way of § 2255.  (Court Doc. 6, at 3.)  After numerous attempts to re-serve Petitioner at her current address of record, Petitioner filed a motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255, on October 2, 2006.  (Court Doc. 21.)  Accordingly, the Court shall re-designate this action as a motion filed pursuant to § 2255 and re-assign it to the Honorable Anthony W. Ishii.

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk's Office shall re-designate this action as a motion to vacate, set aside or

1

1    correct sentence pursuant to 28 U.S.C. § 2255; and

2.    The action shall be re-assigned to the sentencing Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:    **October 6, 2006**                    **/s/ Dennis L. Beck**
3b142a                                            UNITED STATES MAGISTRATE JUDGE